ACCEPTED
01-13-00963-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/22/2015 5:22:32 PM
CHRISTOPHER PRINE
CLERK

## No. 01-13-00963-CV

IN THE FIRST COURT OF APPEALS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/22/2015 5:22:32 PM

CHRISTOPHER A. PRINE
Clerk

## MEDICAL DISCOUNT PHARMACY, L.P., LIFECHEK ROSENBERG GP, INC., LIFECHEK, INC., AND BRUCE V. GINGRICH, INDIVIDUALLY,

**Appellants**

**v.**

## STATE OF TEXAS,

**Appellee**

On Appeal from
Cause No. 12-DCV-196841
In the 434th District Court of Fort Bend County, Texas

## APPELLANTS' MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REHEARING

Levon G. Hovnatanian
State Bar No. 10059825
*hovnatanian@mdjwlaw.com*
Bruce E. Ramage
State Bar No. 16492500
*ramage@mdjwlaw.com*
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700 – Phone
(713) 222-0101 – Facsimile

**TO THE HONORABLE COURT OF APPEALS:**

Come now the appellants—Medical Discount Pharmacy, L.P., Lifechek Rosenberg GP, Inc., Lifechek, Inc., and Bruce V. Gingrich, Individually (collectively, "Appellants")—and respectfully move for a 30-day extension of time to file their motion for rehearing. Appellants have neither requested nor received a previous extension of time to file their motion for rehearing.

The Court issued its opinion and judgment on July 7, 2015. Thus, any motion for rehearing is due on Wednesday, July 22, 2015. *See* Tex. R. App. P. 49.1. Because this motion for extension of time to file motion for rehearing is filed on Wednesday, July 22, 2015, it is timely filed. *See* Tex. R. App. P. 49.8.

The facts reasonably relied upon to explain the need for an extension of time are as follows. Levon G. Hovnatanian, Appellants' appellate counsel, has been extremely busy with other pressing matters, including:

1. One of Mr. Hovnatanian's friends recently died of cancer, leaving a husband and two small children. Mr. Hovnatanian has spent time trying to help the family.

2. Mr. Hovnatanian is working on the brief of appellee Integrity Insurance Solutions, due on July 31, 2015, in Cause No. 14-15-00042-CV; *Benson Scott Wyly v. Essex Insurance Company, U.S. Risk, Inc., and Integrity Insurance Solutions*; in the Fourteenth Court of Appeals.

1

**3.** Mr. Hovnatanian is preparing the Brief of Appellee BNSF Railway Company, due on July 22, 2015, in Cause No. 05-14-01575-CV; *William T. Dickson, Appellant v. BNSF Railway Company and Fellers Snider Blankenship Bailey & Tippens, P.C.*; in the Fifth Court of Appeals.

**4.** Mr. Hovnatanian prepared, and, on July 8, 2015, submitted the Brief of Amici Curiae American Insurance Association and Property Casualty Insurers and Association of America in Cause No. 13-0673; *Roy Seger, et al. v. Yorkshire Insurance Co., Ltd. and Ocean Marine Insurance Co., Ltd.*; in the Supreme Court of Texas.

**5.** Mr. Hovnatanian is preparing for oral argument on behalf of respondent Liberty Insurance Corporation in Cause No. 14-0753, *U.S. Metals, Incorporated v. Liberty Mutual Group, Incorporated d/b/a Liberty Insurance Corporation*; scheduled for September 2, 2015, in the Supreme Court of Texas.

Considering the above, Appellants respectfully move the Court for an extension of time of 30 days to file their motion for rehearing, that is, to and including Friday, August 21, 2015.

2

Respectfully submitted,

MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.


By: */s/ Levon G. Hovnatanian*
    Levon G. Hovnatanian
    State Bar No. 10059825
    *hovnatanian@mdjwlaw.com*
    Bruce E. Ramage
    State Bar No. 16492500
    *ramage@*mdjwlaw*.com*
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700 – Telephone
(713) 222-0101 – Facsimile

*ATTORNEYS FOR APPELLANTS MEDICAL DISCOUNT PHARMACY, L.P., LIFECHEK ROSENBERG GP, INC., LIFECHEK, INC., AND BRUCE V. GINGRICH, INDIVIDUALLY*

## CERTIFICATE OF CONFERENCE

This is to certify that on July 22, 2015, the undersigned attempted to confer with Ms. Rosemarie M. Donnelly, lead appellate counsel for the State of Texas, regarding whether she opposes this motion, but was unable to reach her.


*/s/ Levon G. Hovnatanian*
Levon G. Hovnatanian

## CERTIFICATE OF COMPLIANCE

This is to certify that this computer-generated motion for extension of time to file motion for rehearing contains 390 words.


*/s/ Levon G. Hovnatanian*
Levon G. Hovnatanian
Dated: July 22, 2015

3

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing motion has been forwarded to all counsel listed below on this 22nd day of July, 2015, by the methods indicated below:

Ms. Rosemarie M. Donnelly
Office of The Attorney General
Consumer Protection and Public Health Division
808 Travis, Suite 1520
Houston, TX  77002
*rosemarie.donnelly@texasattorneygeneral.gov*
*(Attorneys for appellee the State of Texas)*
*(via e-filing and e-mail )*

*/s/ Levon G. Hovnatanian*
Levon G. Hovnatanian